Marion Stout Hargrove, Administratrix of Estate of Otho Harry Hargrove, Deceased, Appellant, v. Illinois Central Railroad Company, and Michael O'Malley, Appellees.

Gen. No. 45,993.

Louis C. Nettelhorst, for appellant; John W. Freels, Herbert J. Deany, Charles I. Hopkins, Jr., and Robert S. Kirby, for appellees; Joseph H. Wright, and Charles A. Helsell, of counsel. Opinion by JUSTICE TUOHY. Not to be lished in full. Opinion filed June 9, 1953; released for publication June 30, 1953.